# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Robert S. Cline                **Case Number:** 10-11278        **Ch:** 7

**MOVANT/APPLICANT/PARTIES:**
CONTINUED HEARINGS
 #9 Motion by Chase Home Finance for Relief from Stay Re: 54 Stagecoach Rd, Duxbury MA
#13 Response by Debtor

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                             Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
#9____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


Hearing held. The Motion for Relief from Stay is granted effective August 20, 2010 for the reasons stated on the record.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             /s/ Joan N. Feeney
_____               _____ Dated: 07/21/2010
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge